BEFORE THE FIRST DIVISION, NOVEMBER 7, 1952

**No. 56927.**—Joseph Gluck & Co., Inc. v. United States, petition 6839–R (New York).

Opinion by OLIVER, C. J. The uncontradicted testimony of the treasurer of the petitioner corporation showed that prior to entry a submission sheet (collective exhibit 1) was submitted to the appraiser for information concerning the value of the rugs in question, and that thereafter petitioner, following its regular practice over a period of years, entered the merchandise at the purchase price, which in this instance, was the invoice value. From an examination of the record and a consideration of the facts and circumstances relating to the entry and final appraisement of the merchandise, the court was satisfied that the relief sought should be allowed. The petition was therefore granted.